IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| KELVIN TODD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:11cv1077-MHT |
| | ) | (WO) |
| DAEWON AMERICA, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the parties are to file their Rule 26(f) report by February 27, 2013.

DONE, this the 13th day of February, 2013.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE