IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KELVIN TODD, )<br>)<br>　　Plaintiff, )<br>)<br>　v. )<br>)<br>DAEWON AMERICA, INC., )<br>)<br>　　Defendant. ) | CIVIL ACTION NO.<br>3:11cv1077-MHT<br>(WO) |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Daewon America, Inc.'s motion to dismiss (doc. no. 101) is granted as to the following 14 opt-in plaintiffs: Matthew Bolt, James Brooks, Willie Davis, Jeffery Heard, Charlie Herron, Kathleen Hursh, Euseiok Jeong, Daniel Kim, Ji Kun Kim, Edwin Reece, David Sargent, Icjock Taylor, Barbara Wise, and James Yielding.

(2) These 14 opt-in plaintiffs are dismissed with prejudice and terminated from this litigation.

(3) The motion is still pending as to other opt-in plaintiffs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 18th day of April, 2014.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**