IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KELVIN TODD,                    )
                                )
    Plaintiff,                  )
                                )         CIVIL ACTION NO.
    v.                          )          3:11cv1077-MHT
                                )               (WO)
DAEWON AMERICA, INC.,           )
                                )
    Defendant.                  )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to approve settlement agreement (doc. no. 135) is granted.

(2) The corrected joint settlement agreement filed by the parties (doc. no. 131-1) is approved with the modification specified in the memorandum opinion entered today--that is, that the confidentiality provision is void.

(3) This lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of March, 2016.

                           /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE